UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN MICHAEL HAUSFELD USELMAN,

       Plaintiff,

    v.

DENNIS L. BENSON, Executive Director,
Minnesota Sex Offender Program,

       Defendant.

Civil No. 11-3142 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   11/21/11

      s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge